# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| No. | CV20-3220-JFW (AS) | Date | June 7, 2021 |
|---|---|---|---|
| Title | *Joe Alfred Taylor v. Alex Villanueva, et. al.,* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**   **ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On April 20, 2021, the Court issued an Order dismissing Plaintiff's First Amended Complaint with leave to amend. (Dkt. No. 38). Plaintiff was directed to file a Second Amended Complaint within thirty days of the Court's Order. Id., at 23. Plaintiff was "explicitly cautioned that failure to timely file a Third Amended Complaint may result in a recommendation that this action, or portions thereof, be dismissed with prejudice for failure to prosecute and/or failure to comply with court orders. See Fed. R. Civ. P. 41(b)." Id., at 24. [1] On April 22, 2021, the Court issued a Notice of Discrepancy and Order directing the affidavit submitted by Plaintiff not to be filed in the current case because it concerned events that are not relevant to the claims raised by Plaintiff in the First Amended Complaint. (Dkt. No. 39).

To date, Plaintiff has failed to file a Second Amended Complaint. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE, in writing, no later than June 28, 2021**, why this action should not be dismissed with prejudice for failure to prosecute. This Order will be discharged upon the filing of a Second Amended Complaint that complies with the Court's April 20, 2021

---

[1] The Court notes that this is the second Order to Show Cause issued by the Court in this matter. On February 1, 2021, the Court issued an Order to Show Cause when Plaintiff – after receiving several extensions of time to file a first amended complaint – failed to comply with the Court's Order. See Dkt. Nos. 32-34.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV20-3220-JFW (AS) | Date | June 7, 2021 |
|---|---|---|---|
| Title | *Joe Alfred Taylor v. Alex Villanueva, et. al.,* | | |

Order or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a Second Amended Complaint. A copy of the Court's Order, dated April 20, 2021 (Dkt. No. 38), is attached for Plaintiff's convenience.

If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience. <u>Plaintiff is warned that a failure to timely respond to this Order **will** result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders</u>.

IT IS SO ORDERED.

cc: John F. Walter, United States District Judge

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | AF | |