JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| JOE ALFRED TAYLOR,<br><br>                    Plaintiff,<br><br>        v.<br><br>SHERIFF  ALEX  VILLANUEVA,<br>et. al.,<br><br>                    Defendants. | Case No. CV 20-3220-JFW (AS)<br><br>**JUDGMENT** |

     Pursuant  to  the  Order  Accepting  Findings,  Conclusions  and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: August 24, 2021

_____
                    JOHN F. WALTER
                    UNITED STATES DISTRICT JUDGE